

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2022

No. 04-22-00261-CR

Jose **VILLAGRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3653B
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On July 11, 2022, appellant filed a motion seeking to substitute attorney Daniel De La Garza "for counsel in place and instead of" appellant's current attorney, Eduardo Jimenez. The motion, which satisfies the requirements of Texas Rule of Appellate Procedure 6.5, states that it was filed "in order that the record reflect Appellant's duly retained counsel of record." Accordingly, we **GRANT** the motion and **ORDER**: (1) attorney Eduardo Jimenez withdrawn as counsel for appellant; and (2) attorney Daniel De La Garza substituted as attorney for appellant.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court